**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CURTIS L. DRAFTON,**<br>**Plaintiff,**<br>**v.**<br>**SELMA PRODUCTIONS, INC., et al,**<br>**Defendants.** | **1:15-cv-405-WSD** |

# ORDER

Upon consideration of the Defendant Selma Productions, Inc.'s Unopposed Motion to File Documents Under Seal and for good cause shown,

**IT IS HEREBY ORDERED** that the Defendant Selma Productions, Inc.'s Unopposed Motion to File Documents Under Seal is **GRANTED** and the Confidential Settlement Agreement and Joint Motion for Approval of Settlement Agreement are allowed to be filed under seal, provided that a copy of the Settlement Agreement and the Joint Motion for Approval of Settlement Agreement shall be filed but from which the settlement amount may be redacted.

**SO ORDERED** this 26th day of May, 2015.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE