IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CURTIS L. DRAFTON,

      Plaintiff,

v.

SELMA PRODUCTIONS, INC., et al,

      Defendants.

1:15-cv-405-WSD

## ORDER

Plaintiff Curtis L. Drafton and Defendants Selma Productions, Inc, Cynthia F. Stillwell Promotions, Inc., Cynthia Fritts Stillwell, LLC, and Cynthia F. Stillwell filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' motion is **GRANTED.**

It is, therefore, **ORDERED** that parties' settlement agreement is **APPROVED** and this action is dismissed **WITH PREJUDICE** except that the Court expressly retains jurisdiction to enforce the settlement which has been approved by the Court. See Kokkonen v. Guardian Life Ins. Co. of America, 511

U.S. 375, 114 S. Ct. 1673 (1994). Each party shall bear its or his own costs and expenses.

**SO ORDERED** this 26th day of May, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE